**No. 58485.**—A. Johnson & Co., Inc. *v.* United States, protests 224260–K and 224261–K (New York).

Opinion by EKWALL, J. An examination of the record in each case disclosing nothing that would warrant disturbing the action of the collector, which was presumptively correct, the protests were overruled.

**No. 58486.**—W. J. Byrnes & Co. of NY, Inc. *v.* United States, protest 226376–K (New York).

Opinion by EKWALL, J. An examination of the record disclosing nothing that would warrant disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 58487.**—Vitelli Elvea Co., Inc. *v.* United States, protests 215844–K and 219160–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the facts and issues are similar in all material respects to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 58488.**—Murmac Importing Corp. et al. *v.* United States, protests 181854–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 20 percent under paragraph 1547 (a); and (2) the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).